**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANEAN MACANDREW,<br><br>Defendant | Criminal Action No. 21-730 (CKK) |

**MEMORANDUM OPINION**
(December 19, 2022)

This criminal case is one of nearly one thousand arising from the insurrection at the United States Capitol on January 6, 2021. For her actions at the Capitol on January 6, Defendant Danean Macandrew is charged by information with four misdemeanors. Before the Court is Defendant's [30] Motion for Transfer of Venue ("Motion"). Defendant argues that this matter should be transferred to the United States District Court for the Central District of California or any other district not bordering the District of Columbia because, she insists, no unbiased jury could be empaneled in this district.

Every court of this jurisdiction,[1] including this Court,[2] has rejected Defendant's arguments. Indeed, in *Eicher*, this Court rejected each of the arguments that Defendant raises in the pending Motion. The Court incorporates as part of this memorandum opinion that analysis and relies on its reasoning here.

---

[1] *E.g.*, *United States v. Nassif*, Crim. A. No. 21-421 (JDB), 2022 WL 4130841 (D.D.C. Sept. 12, 2022); *United States v. Brock*, --- F. Supp. 3d ---, 2022 WL 3910549, at *5-6 (D.D.C. Aug. 31, 2022) (JDB) *United States v. Garcia*, Crim. A. No. 21-0129 (ABJ), 2022 WL 2904352, at *15 (D.D.C. July 22, 2022); *United States v. Rhodes*, --- F. Supp. 3d ---, 2022 WL 231554, at *21-23 (D.D.C. June 28, 2022) (APM); *United States v. Bochene*, 579 F. Supp. 3d 177, 181-82 (D.D.C. 2022).
[2] *United States v. Eicher*, Crim. A. No. 22-038, 2022 WL 11737926 (Oct. 20, 2022).

1

The Court directed, by minute order dated November 10, 2022, Defendant to discuss *Eicher* in her reply due December 12, 2022. No reply has been filed. As Defendant has offered no reason for the Court to depart from its analysis in *Eicher*, the Court shall reaffirm it here and **DENY** Defendant's [30] Motion for Transfer of Venue by separate order.

Dated: December 19, 2022

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge